[363 N.C. 370 (2009)]

IN THE MATTER OF J.Y., N.Y.

No. 22A09

(Filed 18 June 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 194 N.C. App. ——, 671 S.E.2d 595 (2008), affirming an order dismissing a petition to terminate parental rights entered on 6 May 2008 by Judge John W. Dickson in District Court, Cumberland County. The case was calendared for argument in the Supreme Court on 6 May 2009, but was determined on the briefs without oral argument pursuant to N.C. R. App. P. 30(f)(1).

*Elizabeth Kennedy-Gurnee, Staff Attorney, for petitioner-appellant Cumberland County Department of Social Services.*

*Beth A. Hall, Attorney Advocate, for appellee Guardian ad Litem.*

*Richard Croutharmel for respondent-appellee mother.*

PER CURIAM.

For the reasons stated in *In re K.J.L.*, 363 N.C. ——, —— S.E.2d ——, slip op. (June 18, 2009) (No. 37A09), we reverse the Court of Appeals decision and remand this case to that court for further remand to the trial court for further proceedings not inconsistent with this opinion.

REVERSED AND REMANDED.